AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
03/08/2024
Clerk, U.S. District Court
Western District of Texas

By: _____FMorales_____
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:24-M -01035(1) - MAT |
| | § |
| (1) SANTOS RUEDA-VILLA | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 06, 2024** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title     **8**     United States Code, Section(s)     **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "The DEFENDANT, Santos RUEDA-Villa, an alien to the United States and a citizen of Mexico was found approximately 5.7 miles east of the Tornillo Port of Entry in the Western District of Texas. From statements made by the DEFENDANT to the

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,                              /s/ DOZAL, AARON
                                                 Signature of Complainant
                                                 Border Patrol Agent


March 08, 2024                              at   EL PASO, Texas
Date                                             City and State


LEON SCHYDLOWER
UNITED STATES MAGISTRATE JUDGE              Signature of Judicial Officer
                                            **OATH TELEPHONICALLY SWORN
                                            AT 1:28 P.M.
                                            FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:24-M -01035(1)

WESTERN DISTRICT OF TEXAS

(1) SANTOS RUEDA-VILLA

FACTS   (CONTINUED)

arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on August 18, 2017 through Brownsville, Texas.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.


IMMIGRATION HISTORY:
The DEFENDANT has been removed five times, the last one being to Mexico on August 18, 2017, through Brownsville, Texas

CRIMINAL HISTORY:
08/28/1997, NEWTON CITY, KS, Driving while license cancelled(), CNV, 5 days; 6 months probation; fine $121.
11/28/2005, HARVEY COUNTY, KS, Driving while habitual violator(M), CNV, 5 days; fine $100.
03/23/2006, WILSON COUNTY, KS, Driving while habitual violator(M), CNV, 12 months probation; fine $235.
08/08/2013, MCALLEN, TX, 8 USC 1325(M), CNV, 15 days; fine $10.
03/25/2014, LAREDO, TX, 8 USC 1325(M), CNV, 60 days; fine $10.